## RECONSIDERATION DOCKET

**95–816.** State v. Winstead. *Hamilton County,* No. C–940046. Reported at 74 Ohio St.3d 277, 658 N.E.2d 722. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.